Case No.

Plaintiff

v.

Defendants

FILED
VANESSA L. ARMSTRONG, CLERK

AUG 12 2011

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Court Rm.

Dante' Corvette Stone

1:11CV-126-R

Todd County Detention Center, Greg Allen,

Kentucky Department of Corrections, LaDonna

Thompson, Et al

Motion to Proceed Informa Pauperis

Comes the Plaintiff, Dante' C. Stone, Pro se on this the        day of        , 2011 humbly requesting the Court hear this Motion to Proceed Informa Pauperis based upon the following:

1. Mr. Stone is a indigent Pro se litigate seeking to persue a decision from the U.S. court system in a civil lawsuit.

2. Though Mr. Stone has no means of paying filing fees he is entitled to persue his lawsuit though the courts. Per the U.S. Constitution he cannot be denied access to the court due to his financial status.

Based upon the following the Plaintiff, Dante' C. Stone, Pro se humbly requests the Court grant this motion to ensure his Constitutional safeguard of access to the Court is adhered to.

Respectfully Submitted,

Dante' C. Stone

P.O. Box 800

Elkton, KY 42220