Case No.  
Plaintiff

v.

Defendants

FILED  
VANESSA L. ARMSTRONG, CLERK  
AUG 12 2011  
U.S. DISTRICT COURT  
WEST'N. DIST. KENTUCKY

Court Rm.

Dante' Corvette Stone

1:11CV-126-R

Todd County Detention Center, Greg Allen, Kentucky Department of Corrections, Ladonna Thompson, Et al

**Motion To Supplement**

Comes The Plaintiff, Dante' C. Stone, Pro se, on this the 30th day of July, 2011 to request the Courts grant him an opportunity to submit a supplemental petition against the above named Defendants in the above stated action based upon the following:

1. Mr. Stone is a detainee at Todd County Detention Center. Mr. Stone is a Pro se Plaintiff seeking a judicial decision in a legal action. Mr. Stone does not have any access to the needed case laws or statutes he'll need to properly pursue justice.

2. Mr. Stone requests a 90-day period to supplement his legal suit against the defendants. This time will serve as research and preparation time to prepare a competent and effective complaint.

Based upon the forementioned the Plaintiff, Dante' Corvette Stone humbly requests the court grant this motion.

Respectfully Submitted,

Dante' R. Stone

Dante' C. Stone, Pro se  
P.O. Box 808  
Elkton, KY 42220