UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

DANTE CORVETTE STONE                                              PLAINTIFF

v.                                                   CIVIL ACTION NO. 1:11CV-P126-R

TODD COUNTY DETENTION CENTER *et al.*                      DEFENDANTS

### ORDER

Unrepresented by counsel, Plaintiff Dante Corvette Stone initiated this action by filing a handwritten "Petition of Declaration of Rights" on his own paper (DN 1). Although not so specified by Plaintiff, because he is suing governmental officials for alleged constitutional violations, the Court construes the action as arising under 42 U.S.C. § 1983. Plaintiff having failed to file his complaint on a Court-approved form, **IT IS ORDERED that within 30 days of entry of this Order, Plaintiff must file his complaint on a Court-approved § 1983 form.**

While Plaintiff filed a motion to proceed *in forma pauperis*, it is handwritten and fails to contain the information needed to rule on the motion. **IT IS THEREFORE ORDERED** that the motion to proceed *in forma pauperis* (DN 3) is **DENIED**.

**IT IS FURTHER ORDERED** that within **30 days** of entry of this Order, Plaintiff must either pay the $350.00 filing fee or file a fully completed application to proceed without prepayment of fees and along with a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.

Plaintiff is **WARNED** that his failure to comply with any portion of this Order within the time allotted may **result in dismissal of this action** for failure to prosecute and to comply with an Order of this Court.

The **Clerk of Court is DIRECTED** to send Plaintiff a § 1983 form and a prisoner application to proceed without prepayment of fees.

Date:

cc:     Plaintiff, *pro se*
4413.005