UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**DANTE CORVETTE STONE**                                                   **PLAINTIFF**

v.                                **CIVIL ACTION NO. 1:11CV-P126-R**

**TODD COUNTY DETENTION CENTER** *et al.*                  **DEFENDANTS**

### MEMORANDUM OPINION

By Order entered September 14, 2011, the Court directed Plaintiff to file his complaint on a form for filing a civil rights action pursuant to 42 U.S.C. § 1983 and directed him to either pay the $350.00 filing fee in full or file a fully completed application to proceed without prepayment of fees along with a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. The Court warned Plaintiff that his failure to comply with any portion of the Order within 30 days may result in dismissal of this action for failure to prosecute and to comply with an Order of this Court.

Well over 30 days have passed, and a review of the record reveals that Plaintiff has failed to comply with the Order or show cause for said failure. Accordingly, by separate Order, the Court will dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and to comply with an Order of this Court.

Date:

cc:     Plaintiff, *pro se*
4413.005