UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**DANTE CORVETTE STONE**                                                                                           **PLAINTIFF**

**v.**                                                                              **CIVIL ACTION NO. 1:11CV-P126-R**

**TODD COUNTY DETENTION CENTER** *et al.*                                                **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b).

There being no just reason for delay in its entry, this is a final Order.

Date:


cc:     Plaintiff, *pro se*
4413.005